UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:08-cv-2985-JOF |
| SOUTH ATLANTA CHILD DEVELOPMENT CENTER, INC., | |
| Defendant. | |

## DEFAULT JUDGMENT

The defendant(s) SOUTH ATLANTA CHILD DEVELOPMENT CENTER, INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, J. Owen Forrester, United States District Judge, by order of July 1, 2009, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, that the plaintiff EDUCATIONAL CREDIT MANAGEMENT CORPORATION, recover from the defendant(s) SOUTH ATLANTA CHILD DEVELOPMENT CENTER, INC., as set forth in the terms the Court stated during the July 1, 2009 motion hearing.

Dated at Atlanta, Georgia this 17th day of August, 2009.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Traci Clements-Campbell
Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
   August 17, 2009
James N. Hatten
Clerk of Court

By: /s/ Traci Clements-Campbell
       Deputy Clerk